AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| ESSENTIAL APPAREL GROUP, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> HARVIC INTERNATIONAL LTD. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Office of the President/CEO
        Harvic International Ltd.
        10 West 33rd Street, Suite 508
        New York, New York 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Sutton IP Associates, P.A.
        15 West 37th Street, 11th Floor
        New York, New York 10018
        jsutton@ezrasutton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                *CLERK OF COURT*

Date: _____                                                 _____
                                                                                                   *Signature of Clerk or Deputy Clerk*