# KAUFMAN & KAHN, LLP

March 9, 2026

BY ECF

Hon. District Judge Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

Re:    *Essential Apparel Group, LLC. v. Harvic International Ltd.*
       (Case No. 1:26-cv-00708-MMG).

To the Honorable Judge Garnett:

We are counsel to Harvic International Ltd. ("Harvic"), the Defendant in the above-entitled case. We respectfully request that the Court (a) extend until March 12, 2026 the time for Harvic to answer the complaint, and (b) adjourn the scheduling conference from March 12, 2026 until April 16, 2026 or the earliest available date for the Court thereafter (and before April 30, 2026). The parties agree that Harvic will not file a pre-answer motion to dismiss or any other motion in lieu of an answer.

We request the proposed adjournment and extension because we were first contacted by Harvic on March 6, 2026 and retained today. This is the first request for adjournment and extension of time. Plaintiff has consented to the requested adjournment and extension of time. No other scheduled dates are affected by the requested adjournment and extension.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Mark S. Kaufman
Mark S. Kaufman

GRANTED.  The deadline for Defendant to respond to the Complaint is EXTENDED until **March 12, 2026**.  The Initial Pretrial Conference previously scheduled for March 12, 2026 is ADJOURNED until **April 16, 2026 at 9:30 A.M.**  The parties shall submit a joint letter and proposed case management plan by no later than **April 9, 2026**.

SO ORDERED.  Dated March 9, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

March 9, 2026
-- Page 2 --